UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Dianne Hensley,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Gary L. Steel,** in his individual capacity and in his official capacity as Chair of the State Commission on Judicial Conduct; **Ken Wise,** in his individual capacity and in his official capacity as Vice Chair of the State Commission on Judicial Conduct; **Carey F. Walker,** in his individual capacity and in his official capacity as Secretary of the State Commission on Judicial Conduct; **Clifton Roberson, Kathy P. Ward, Wayne Money, Andrew M. Kahan, Tano E. Tijerina, Chace A. Craig, Sylvia Borunda Firth, Derek M. Cohen, Yinon Weiss, and April I. Aguirre,** each in their individual capacities and in their official capacities as Members of the State Commission on Judicial Conduct,<br><br>　　　　　Defendants. | CIVIL NO. 6:25-cv-595-ADA |

**O R D E R**

The referral of this case to Magistrate Judge Daniel N. MacLemore is hereby vacated.

**SIGNED** this 19th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE