# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **DIANNE HENSLEY,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**GARY L. STEEL, KEN WISE, CAREY WALKER, CLIFTON ROBERSON, KATHY P. WARD, WAYNE MONEY, ANDREW M. KAHAN, TANO E. TIJERINA, CHACE A. CRAIG, SYLVIA BORUNDA FIRTH, DEREK M. COHEN, YINON WEISS, AND APRIL I. AGUIRRE,**<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 6:25-CV-00595-LS** |

## ORDER DISMISSING CASE

Upon consideration of the Notice of Dismissal,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 21, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 10.